AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

SEALED

United States of America

v.

MICHAEL WATSON
*Defendant*

)
)
)
)
)
)
)

Case No.    CR 24-96 E(2)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Watson                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND LAUNDERING OF MONETARY
INSTRUMENTS

in violation of Title 21 United States Code, Section(s) 959(c), 960(b)(1)(B)(ii) and 963; 18:1956(a)(2)(A)

Date:    **April 25, 2024**

                                                                                        *Issuing officer's signature*

City and state:    **New Orleans, Louisiana**

                                                        **CAROL L. MICHEL, CLERK**
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**SEALED**

United States of America

v.                                                )
                                                  )        Case No.        CR 24-96 E(2)
                                                  )
                                                  )
                                                  )
MICHAEL WATSON                                    )
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Watson                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment          ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND LAUNDERING OF MONETARY
INSTRUMENTS

in violation of Title 21 United States Code, Section(s) 959(c), 960(b)(1)(B)(ii) and 963; 18:1956(a)(2)(A)

Date:      **April 25, 2024**

Issuing officer's signature

City and state:    **New Orleans, Louisiana**                                         **CAROL L. MICHEL, CLERK**
                                                                                          *Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                         _____
                                          *Arresting officer's signature*

                                          _____
                                          *Printed name and title*

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    EASTERN
DISTRICT OF LOUISIANA          Divisional Office

Name and Office of Person        Donna V. Knight
Furnishing Information on   ☒ U.S. Atty  ☐ Other U.S. Agency
THIS FORM                Phone No. (504) 680-3000
Name of Asst.
U.S. Attorney    Stuart M. Theriot
(if assigned)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
HSI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

SHOW
DOCKET NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

MAG. JUDGE
CASE NO.

Place of offense | Orleans Parish    County

CASE NO.

USA vs.    **24-00096**

Defendant: Michael Watson

Address:

**SECT. E MAG.2**

☐ Interpreter Required    Dialect: _____

Birth Date    1972    ☑ Male    ☑ Alien
☐ Female    (if applicable)

Social Security Number ___ xxx-xx-XXXX ___

| **DEFENDANT** |
|---|

Issue: ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD    ☐ CJA    ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 1_____ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. §§ 959 and 963 | Conspiracy to Poss. or Distr. Controlled Substances by Person on Board Aircraft | 1 |
| | | | |
| | | | |
| | | | |
| | | | |